JOHN SOBIN, JR., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. M. FRISCH & SONS, DEFENDANT, v. JONES & LAUGHLIN STEEL CORPORATION, DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 99.

*Messrs. Morgan, Melhuish, Monaghan, McCoid & Spielvogel* and *Mr. John I. Lisowski* for the petitioner.

*Messrs. Mandel, Wysoker, Sherman, Glassner, Weingartner & Feingold* and *Mr. Ronald S. Levitt* for the respondents.

February 24, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RONALD YOUNGCLAUS, DEFENDANT-PETITIONER.

*Mr. Ronald Youngclaus in propria persona.*

*Mr. Guy W. Calissi* and *Mr. James A. Major II* for the respondent.

March 10, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HERBERT TURNER JONES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. A. Donald Bigley* and *Mr. John P. Jehl* for the respondent.

March 10, 1970. Denied.